MARY L. BRADFORD *vs.* HENRY P. STONE *et al.*

PROVIDENCE—APRIL 24, 1897.

PRESENT : Matteson, C. J., Stiness and Tillinghast, JJ.

In a suit in equity for the partition of real estate where the partition is decreed to be made by a sale, the court has jurisdiction to order the sale of a right of dower in the estate.

BILL IN EQUITY for a partition.

PER CURIAM.    We think the testimony shows that it is for the interest of all parties that the partition should be made by sale, rather than by metes and bounds, and that under Gen. Stat. R. I. cap. 265, § 20, we have jurisdiction to order the sale of the right of dower of the respondent Eunice P. Eddy.

*Albert R. Greene,* for petitioner.

*Robert W. Burbank, Stephen A. Cooke and Louis L. Angell,* for respondents.